THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM KENDRICKS, Appellant.

Argued October 5, 1949; decided November 23, 1949.

*Andrew J. Cook, Jr.,* for appellant.

*Frank S. Hogan, District Attorney* (*Edgar J. Nathan, 3d, Whitman Knapp* and *Edward T. Perry* of counsel), for respondent.

Order affirmed on the ground that an application in the nature of *coram nobis* is not available. (See *People* v. *Sadness,* 300 N. Y. 69, decided herewith.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.